**Kathleen BLICK; Harold Blick, Plaintiffs–Appellants,**

v.

**SOUNDVIEW HOME LOAN TRUST 2006–WF1; Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust Company 2006–WF1, Defendants–Appellees.**

No. 13–1136.

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 28, 2013.

Kathleen and Harold Blick, Appellants Pro Se. John Curtis Lynch, Ethan G. Ostroff, Troutman Sanders, LLP, Virginia Beach, Virginia, for Appellees.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathleen and Harold Blick appeal the district court's order dismissing their complaint against Soundview Home Loan Trust 2006 as barred by the doctrine of res judicata. We have reviewed the record and find no reversible error. Accordingly, we grant the Blicks' motion to proceed in forma pauperis on appeal and affirm for the reasons stated by the district court. *Blick v. Soundview Home Loan Trust 2006–WF1,* Case No. 3:12–cv–00062–NKM–BWC, 2013 WL 139191 (W.D.Va. Jan. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*